SHEFFET & DVORIN, P.C.
2509 Park Avenue, Suite 2B
South Plainfield, New Jersey 07080
(908) 755-8919
Our File No.: 1733-015
Attorney for Defendants

| | |
|---|---|
| JUAN BATISTA, DENISE BATISTA, IVELISSE RIVERA, RICHARD LOPEZ, ANGEL ORTIZ, Estate of WILLIAM MENDEZ,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF UNION CITY, Officer RYAN BARRETT, Police Officer JOSEPH BELGIOVENE, Police Officer JOSE DIAZ, Police Officer PETER MANERO, Police Officer EMILIO GONZALEZ, Police Officer DAVID VALDIVIA, Police Officer CARLOS SEGARRA,<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>CASE NO.: 04-4928 (PGS)<br><br>CIVIL ACTION<br><br>STIPULATION OF DISMISSAL<br>WITH PREJUDICE |

THIS MATTER, in difference in the above entitled action having been amicably adjusted by and between the Plaintiffs, Estate of JUAN BATISTA, DENISE BATISTA, IVELISSE RIVERA, RICHARD LOPEZ, ANGEL ORTIZ, and the Estate of WILLIAM MENENDEZ, and the Defendants, CITY OF UNION CITY; it is hereby stipulated and agreed that same be, and it is hereby, dismissed without costs and with prejudice against the Defendants, CITY OF UNION CITY.

SHEFFET & DVORIN, P. C.

By: _____
Ethan Jesse Sheffet, Esq.
Attorney for Defendant
Dated: ~~July~~ August 15, 2008

LOUIS A. ZAYAS, ESQ.

By: _____
Louis A. Zayas, Esq.
Attorney for Plaintiff(s)

So Ordered
Peter M[...]
8/26/08